Oscar PADILLA, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 08–75145.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 9, 2012.*

Filed Oct. 15, 2012.

Richard Flores Lemus, Esquire, Law Offices of Richard F. Lemus, Fullerton, CA, for Petitioner.

Ann M. Welhaf, U.S. Department of Justice, Washington, DC, for Respondent.

Before: RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

MEMORANDUM **

Oscar Padilla, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Gil v. Holder,* 651 F.3d 1000, 1002 (9th Cir.2011), and we deny the petition for review.

The BIA did not err in determining that Padilla may not impute his father's lawful permanent residence for purposes of meeting the requirements of 8 U.S.C. § 1229b(a)(2). *See Sawyers v. Holder,* 684 F.3d 911 (9th Cir.2012) (per curiam).

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

